# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KINFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | 3:12-CV-00181-RCJ(WGC)<br><br>**ORDER** |

Before the Court is the Report and Recommendation (#3) entered on May 24, 2012. Plaintiff filed Objections to Magistrate Judge's Report and Recommendation and/or Motion for Reconsideration (#4) on May 31, 2012.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate judge. Fed. R. Civ. P. 72(b). The Court determines that the Magistrate Judge's Report and Recommendation (#3) entered on May 24, 2012 is adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Plaintiff's request to proceed in forma pauperis (#1) is GRANTED.

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: this 16th day of August, 2012.

_____
ROBERT C. JONES
UNITED STATES DISTRICT CHIEF JUDGE