**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| STEVEN KINFORD,  <br><br>　　　　Plaintiff,  <br><br>vs.  <br><br>SOCIAL SECURITY ADMINISTRATION,  <br><br>　　　　Defendant. | 3:12-cv-00181-RCJ-WGC  <br><br>**ORDER** |

Plaintiff Steven Kinford filed this action seeking reinstatement of his social security benefits when Defendant Social Security Administration ("SSA") suspended those benefits under 42 U.S.C. § 402(x)(1)(A)(i) during Plaintiff's incarceration. The Magistrate Judge's Report and Recommendation ("R&R") noted that Defendant had no discretion to continue paying the benefits, and Plaintiff had not exhausted his administrative remedies with the SSA, in any case. The Court adopted the R&R and dismissed with prejudice in 2012. Plaintiff has now filed a motion the Court will construe as a motion to reconsider under Rule 60(b)(6). The Court denies the motion. Plaintiff is still incarcerated. He has identified no change in law that would permit, much less require, Defendant to reinstate the benefits he requests during his incarceration. Nor

has he alleged having exhausted his remedies with the SSA pursuant to any such change in law before having filing the present motion.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 7) is DENIED.

IT IS SO ORDERED.

Dated this 25th day of June, 2015.

                                          ROBERT C. JONES
                                      United States District Judge